IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL HERNANDEZ,

    Petitioner,               No. 2:11-cv-3288 DAD (HC)

    vs.

WARDEN, CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY,

    Respondent.            <u>ORDER</u>

                             /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, the nature of petitioner's claims are not clear from the initial pleading filed in this action. For that reason, the petition will be dismissed with leave to file an amended petition on the form provided with this order.

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

      2. Petitioner's original petition is dismissed with leave to file an amended petition within thirty days from the date of this order;

      3. Any amended petition must be filed on the form provided with this order, must name the proper respondent, and must state all claims and prayers for relief on the form; it must bear the case number assigned to this action and the title "Amended Petition";

      4. Failure to comply with this order will result in the dismissal of this action; and

      5. The Clerk of the Court is directed to send petitioner the court's in forma pauperis application and court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: December 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
hern3288.101a