IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL HERNANDEZ,

    Petitioner,                                 No. 2:11-cv-3288 DAD (HC)

    vs.

CONNIE GIPSON, Warden,

    Respondent.                             ORDER

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed December 30, 2011 (Doc. No. 4).

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the same state judgment of conviction and sentence as is challenged in this case. Petitioner's previous application was filed on March 3, 2000, and was

1

1 denied on the merits on August 18, 2008. On September 7, 2010, the United States Court of
2 Appeals for the Ninth Circuit affirmed the order of the district court denying that earlier-filed
3 petition. Before petitioner can proceed with the instant application he must move in the United
4 States Court of Appeals for the Ninth Circuit for an order authorizing the district court to
5 consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be
6 dismissed without prejudice to its refiling upon obtaining authorization from the United States
7 Court of Appeals for the Ninth Circuit.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted; and

2. This action is dismissed without prejudice.

DATED: February 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
hern3288.success